**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

Exhibit A

**04/11/2023**

**Judge Assigned**

**Pet Filed in Circuit Ct**

**Filed By:** CARMEN RENEE AUSTELL

**Confid Filing Info Sheet Filed**

**Filed By:** CARMEN RENEE AUSTELL

**04/13/2023**

**Summons Issued-Circuit**

Document ID: 23-SMCC-2123, for WASHINGTON UNIVERSITY EMBA #38.

**Correspondence Filed**

A LETTER MAILED TO PLAINTIFF TO SEND SUMMONS TO ST LOUIS COUNTY, MO SHERIFF'S DEPARTMENT FOR SERVICE ON DEFENDANT

**04/23/2023**

**Returned Mail-Undeliverable**

FROM USPS RETURN TO SENDER INSUFFICIENT ADDRESS UNABLE TO FORWARD

**04/28/2023**

**Jury Trial Scheduled**

**Scheduled For:** 10/16/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

**05/17/2023**

**Memorandum Filed**

MEMORANDUM FOR CLERK FOR ISSUANCE OF ALIAS SUMMONS

**Filed By:** CARMEN RENEE AUSTELL

**Alias Summons Issued**

Document ID: 23-SMCC-2791, for WASHINGTON UNIVERSITY EMBA #38.

**Correspondence Filed**

A LETTER MAILED TO PLAINTIFF TO SEND ALIAS SUMMONS TO ST LOUS COUNTY, MO SHERIFF'S DEPARTMENT FOR SERVICE ON DEFENDANT

**06/16/2023**

**Corporation Served**

Document ID - 23-SMCC-2791; Served To - WASHINGTON UNIVERSITY EMBA #38; Server - ; Served Date - 14-JUN-23; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served

**Notice of Service**

23-SMCC-2791.

FILED
APR 11 2023
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY ____________ DEPUTY

IN THE 22 JUDICIAL CIRCUIT COURT OF ST. LOUIS CITY

STATE OF MISSOURI

Carmen Austell )

Petitioner )

) Cause No: 2322-CC00728

) Division 1

) Judge

)

Washington University, EMBA #38, et al. )

Defendants joined Mo. Rule 52; Supr. 52.05

One Brookings Drive
ST. Louis, MO 63130

TORT and Actions for Damages Missouri Title XXXVI; Mo. Rule Civil Procedures Revised Statues Chapter 537, Civil Rights Act Title VII

Comes now, Petitioner Carmen Renee' Austell, pursuant to Missouri Rule 537; 537.10; 537.021; 537.067; 537.090; ... Missouri laws 1.020 Tort; Missouri Rules 52; 55; Supreme Court Rule 52.05

In her Motions adjoined Rule 55, pleadings and Motions, in her Tort claim and litigation, claims against Defendants Washington University, EMBA #38, et al., Defendants joined Mo. Rule 52; Supr. 52.05

Tort - Racism, discrimination, Bullying, Civil Rights violations (Title VII) U.C.S., Human Rights violations, Section 15 Race and Color Discrimination, Harassment, Retaliation, Negligence... against Defendants joined, Mo. Rule 52, and Supreme Court Rule 52.05 Washington University in Saint Louis Missouri, Executive Education EMBA #38, et al., and state that Petitioner Plaintiff Carmen Austell, as a student at Washington University in Saint Louis, Missouri, One Brookings Drive and in the Executive Education Masters of Business Administration EMBA #38, April 2011 – May 2013, suffered severe, extreme, pervasive, brutal, egregious, outrageous, unreasonable to any reasonable human being and member of any society Tort Racism, abuse, discrimination, harassment, bullying, embarrassment, ostracization, isolation, libel, slander, misconduct, threats, discrimination in public accommodations, advantages, and privileges, emotional distress duress , pain and suffering, damages ,... from Washington University, Deans, assistant Deans, Chancellor mark Wrighton, faculty, staff, financial aid officers, students... (and the impact of the severe egregious, outrageous and unreasonable, inhumane Tort is ongoing ) My life, family, marriage, financial status, income, academic pursuits, employment opportunities, and wellbeing has been severely damaged, severed and destroyed. I am pursuing litigation Tort and other damages,

1. Motions and Pleadings Missouri Rule 55

2. TORT and Actions for Damages Missouri Title XXXVI; Mo. Rule Civil Procedures Revised Statues Chapter 537, Civil Rights Act Title VII

3. Request to proceed Pro Se', on one's own behalf Statue 28 U.S.C. 1654; U.S.C. Amendment Six

4. Request for Trial Jury Missouri Rule 069

5. Request to proceed in litigation and suit against joined defendants for Tort against the Petitioner (EMBA 38 Student) Missouri Rule 537; Rule 55.25

6. Requests for Service Missouri Rule 43.01- Service of Pleadings and other Papers,

7. Request for Special and Punitive Damages – Missouri Rule 55.19

8. Request for Restitution Missouri Rule 559.105

9. Negligence – Defendants joined were negligence and that their negligence was at least part of the proximate cause of plaintiff's damages... contributory Fault Missouri Rule 537.765

10. Liability - Missouri Rule 10.

11. Restitution and Recompense

12. Compensation in the amount of $100 million U.S. dollars in a lump sum

13. Prayer. Petitioner/Plaintiff, Carmen Austell, pray that the St. Louis City Court 22 Circuit will grant permission for petitioner /plaintiff to proceed and grant all request in this matter

Carmen Austell Plaintiff petitioner

Carmen Austell

The above Petitioner swears that the above information is true and correct based on his/her best information

31 May 2024
Commission Expires

12 April 2023
Date

Notary

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2024
Commission Number: 20606492



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | **Case Number: 2322-CC00728** | |
| Plaintiff/Petitioner:<br>CARMEN RENEE AUSTELL<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CARMEN RENEE AUSTELL<br>3430 MCKELVEY RD<br>BRIDGETON, MO 63044 | |
| Defendant/Respondent:<br>WASHINGTON UNIVERSITY EMBA #38<br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: WASHINGTON UNIVERSITY EMBA #38**
**Alias:**

**ONE BROOKINGS DRIVE**
**SAINT LOUIS, MO 63130**

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*
CIRCUIT COURT OF MISSOURI
*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**April 13, 2023** ______ Date

Thomas Kloeppinger ______ Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________________ (name) ______________________________ (title).
☐ other: ______________________________________________.

Served at ______________________________________________ (address)

in ______________________ (County/City of St. Louis), MO, on ________________ (date) at __________ (time).

______________________________ Printed Name of Sheriff or Server

______________________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | **$__________** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

**April 13, 2023**

Cause Number: **2322-CC00728**

Dear: CARMEN AUSTELL

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the **SAINT LOUIS COUNTY, MO SHERIFF'S DEPARTMENT** or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk

22nd JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
CIVIL COURTS BUILDING
10 N. TUCKER BLVD.
ST. LOUIS, MO. 63101

NEOPOST
04/13/2023
US POSTAGE $001.50
FIRST-CLASS MAIL
ZIP 63101
041M11453677

FILED
23 APR 21 AM 10:52

CARMEN AUSTELL
3430 MCKELVEY RD
BRIDGETON, MO 63044

IA

NIXIE 631 SE 1 2204/18/23

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 63101204499 *1316-02571-18-20

IA
63101>2044



TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

FILED
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
23 APR 21 AM 10: 53

**April 13, 2023**

Cause Number: **2322-CC00728**

Dear: CARMEN AUSTELL

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the **SAINT LOUIS COUNTY, MO SHERIFF'S DEPARTMENT** or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | **Case Number: 2322-CC00728** | |
| Plaintiff/Petitioner:<br>CARMEN RENEE AUSTELL<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CARMEN RENEE AUSTELL<br>3430 MCKELVEY RD<br>BRIDGETON, MO 63044 | |
| Defendant/Respondent:<br>WASHINGTON UNIVERSITY EMBA #38<br>Nature of Suit:<br>CC Other Tort | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: WASHINGTON UNIVERSITY EMBA #38**
**Alias:**

**ONE BROOKINGS DRIVE**
**SAINT LOUIS, MO 63130**

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF* CIRCUIT COURT OF MISSOURI *CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**April 13, 2023** — Date

Thomas Kloeppinger — Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

*I certify that I have served the above Summons by: (check one)*

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________ (name) ______________________ (title).

☐ other: ______________________.

Served at ______________________ (address)

in ______________________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | $__________ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division: ELIZABETH BYRNE HOGAN | **Case Number: 2322-CC00728** | |
| Plaintiff/Petitioner: CARMEN RENEE AUSTELL vs. | Plaintiff's/Petitioner's Attorney/Address CARMEN RENEE AUSTELL 3430 MCKELVEY RD BRIDGETON, MO 63044 | |
| Defendant/Respondent: WASHINGTON UNIVERSITY EMBA #38 | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Other Tort | | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to: WASHINGTON UNIVERSITY EMBA #38**
**Alias:**

**ONE BROOKINGS DRIVE**
**SAINT LOUIS, MO 63130**

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**April 13, 2023** ____________________ Date

____________________ Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to: ______________________ (name) ______________________ (title).

☐ other: ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | $__________ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

FILED
APR 1 1 2023
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
BY________DEPUTY

IN THE 22 JUDICIAL CIRCUIT COURT OF ST. LOUIS CITY

STATE OF MISSOURI

Carmen Austell )

Petitioner )

) Cause No: 2322-CC00728

) Division 1

) Judge

)

Washington University, EMBA #38, et al. )

Defendants joined Mo. Rule 52; Supr. 52.05

One Brookings Drive
ST. Louis, MO 63130

TORT and Actions for Damages Missouri Title XXXVI; Mo. Rule Civil Procedures Revised Statues Chapter 537, Civil Rights Act Title VII

Comes now, Petitioner Carmen Renee' Austell, pursuant to Missouri Rule 537; 537.10; 537.021; 537.067; 537.090; ... Missouri laws 1.020 Tort; Missouri Rules 52; 55; Supreme Court Rule 52.05

In her Motions adjoined Rule 55, pleadings and Motions, in her Tort claim and litigation, claims against Defendants Washington University, EMBA #38, et al., Defendants joined Mo. Rule 52; Supr. 52.05

Tort - Racism, discrimination, Bullying, Civil Rights violations (Title VII) U.C.S., Human Rights violations, Section 15 Race and Color Discrimination, Harassment, Retaliation, Negligence... against Defendants joined, Mo. Rule 52, and Supreme Court Rule 52.05 Washington University in Saint Louis Missouri, Executive Education EMBA #38, et al., and state that Petitioner Plaintiff Carmen Austell, as a student at Washington University in Saint Louis, Missouri, One Brookings Drive and in the Executive Education Masters of Business Administration EMBA #38, April 2011 – May 2013, suffered severe, extreme, pervasive, brutal, egregious, outrageous, unreasonable to any reasonable human being and member of any society Tort Racism, abuse, discrimination, harassment, bullying, embarrassment, ostracization, isolation, libel, slander, misconduct, threats, discrimination in public accommodations, advantages, and privileges, emotional distress duress , pain and suffering, damages ,... from Washington University, Deans, assistant Deans, Chancellor mark Wrighton, faculty, staff, financial aid officers, students... (and the impact of the severe egregious, outrageous and unreasonable, inhumane Tort is ongoing ) My life, family, marriage, financial status, income, academic pursuits, employment opportunities, and wellbeing has been severely damaged, severed and destroyed. I am pursuing litigation Tort and other damages,

1. Motions and Pleadings Missouri Rule 55

2. TORT and Actions for Damages Missouri Title XXXVI; Mo. Rule Civil Procedures Revised Statues Chapter 537, Civil Rights Act Title VII

3. Request to proceed Pro Se', on one's own behalf Statue 28 U.S.C. 1654; U.S.C. Amendment Six

4. Request for Trial Jury Missouri Rule 069

5. Request to proceed in litigation and suit against joined defendants for Tort against the Petitioner (EMBA 38 Student) Missouri Rule 537; Rule 55.25

6. Requests for Service Missouri Rule 43.01- Service of Pleadings and other Papers,

7. Request for Special and Punitive Damages – Missouri Rule 55.19

8. Request for Restitution Missouri Rule 559.105

9. Negligence – Defendants joined were negligence and that their negligence was at least part of the proximate cause of plaintiff's damages... contributory Fault Missouri Rule 537.765

10. Liability - Missouri Rule 10.

11. Restitution and Recompense

12. Compensation in the amount of $100 million U.S. dollars in a lump sum

13. Prayer. Petitioner/Plaintiff, Carmen Austell, pray that the St. Louis City Court 22 Circuit will grant permission for petitioner /plaintiff to proceed and grant all request in this matter

Carmen Austell Plaintiff petitioner

Carmen Austell

The above Petitioner swears that the above information is true and correct based on his/her best information

31 May 2024 — Commission Expires

12 April 2023 — Date

[signature] — Notary

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2024
Commission Number: 20606492

FILED
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
23 MAY 17 AM 10: 24

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

CARMEN AUSTELL, )
) Case no. 2322-CC00728
v. )
WASHINGTON UNIVERSITY, ) MAY 10, 2023

## MEMORANDUM FOR CLERK

Comes now, Plaintiff/Petitioner Carmen Austell, per Missouri Supreme Court Rule 054; 54.01 ISSUANCE AND SERVICE OF SUMMONS, and hereby state that I have viewed casenet.mo.gov, and the Court's request for this Petitioner, Carmen Austell to "try" to serve summons on the defendant (s) Washington University through the Saint Louis County Court, Clayton Missouri 21st Judicial Circuit. Petitioner, Carmen Austell, is unable to fulfill the Court's Eastern District of Missouri, request and /or advisement under Missouri Law Rule 054; and 54.01. Petitioner Carmen Austell, filed her petition/pleading on April 11, 2023, and paid for required service. According to the Eastern District Court's entry on casenet.mo.gov, the service was not made on the defendants, received or accepted by the Defendant (s) Washington University. Petitioner ask the court to serve or try to re-serve the Defendants Washington University at original and main address listed on the Petition and original filing of Pleading (see Google) at : One Brookings Drive, Saint Louis Missouri, 63130, Phone : (314) 935-7301, Dean: Mark P. Taylor, or Washington University Board of Trustees, one Brookings Drive, Saint louis Missouri, 63130

54.01. Clerk to Issue Process - Separate or Additional Summons

(a) Upon the filing of a pleading requiring service of process, the clerk shall forthwith issue the required summons or other process.

(b) The clerk shall deliver the summons or other process for service to:
(1) The sheriff or other person specially appointed to serve it; or
(2) The party if the party files a request that the clerk deliver it to the party.

(c) The person to whom the clerk delivers the summons or other process shall be responsible for promptly serving it with a copy of the pleading and any other paper requiring service.

(d) If a party files a request for separate or additional summons or other process, the clerk shall issue the requested process.

(Adopted Jan. 19, 1973, eff. Sept. 1, 1973. Amended June 1, 1993, eff. Jan. 1, 1994; May 23, 2001, eff. Jan. 1, 2002.)

RECEIVED
MAY 12 2023
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Please circle which applies: (Pro se) (Attorney for) Plaintiff
Carmen Austell
(Pro se) (Attorney for) Defendant

3430 L McKelvey Rd
Bridgeton MO.
63044

RECEIVED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
St. Louis, Missouri 63102

OFFICIAL BUSINESS

SAINT LOUIS MO 630
16 MAY 2023PM 6

quadient
FIRST-CLASS MAIL
IMI
$000.60º
05/16/2023 ZIP 63102
043M31226064
US POSTAGE

St. Louis Circuit Court
Office of the Clerk
10 N. Tucker Blvd
St. Louis, Missouri 63101

63101-202675



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: ELIZABETH BYRNE HOGAN | Case Number: 2322-CC00728 | |
|---|---|---|
| Plaintiff/Petitioner: CARMEN RENEE AUSTELL vs. | Plaintiff's/Petitioner's Attorney/Address CARMEN RENEE AUSTELL 3430 MCKELVEY RD BRIDGETON, MO 63044 | |
| Defendant/Respondent: WASHINGTON UNIVERSITY EMBA #38 | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit: CC Other Tort | | |

## ALIAS Summons in Civil Case

**The State of Missouri to: WASHINGTON UNIVERSITY EMBA #38**
**Alias:**

**DEAN MARK P TAYLOR**
**WASHINGTON UNIVERSITY**
**BOARD OF TRUSTEES**
**ONE BROOKINGS DRIVE**
**SAINT LOUIS, MO 63130**

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

CIRCUIT COURT OF MISSOURI

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**May 17, 2023** Thomas Kloeppinger
Date Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
______________________ (name) ______________________ (title).
☐ other: ______________________.

Served at ______________________ (address)

in ______________ (County/City of St. Louis), MO, on ______________ (date) at __________ (time).

______________________ Printed Name of Sheriff or Server

______________________ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $__________ |
| Non Est | $__________ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $__________ (______ miles @ $.______ per mile) |
| **Total** | **$__________** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

**May 16, 2023**

Cause Number: **2322-CC00728**

Dear: CARMEN RENEE AUSTELL

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the **SAINT LOUIS COUNTY, MO SHERIFF'S DEPARTMENT** or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk

27 6/14 8858 #167 for marissa Engeling transfer to Sever Hall 2nd floor. Kelly Martin 0920 Admin. Asst. RETURN 3B 6-16-23

Electronically Filed - City of St. Louis - June 16, 2023 - 10:42 AM

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division: ELIZABETH BYRNE HOGAN | Case Number: 2322-CC00728 |
| Plaintiff/Petitioner: CARMEN RENEE AUSTELL vs. | Plaintiff's/Petitioner's Attorney/Address CARMEN RENEE AUSTELL 3430 MCKELVEY RD BRIDGETON, MO 63044 |
| Defendant/Respondent: WASHINGTON UNIVERSITY EMBA #38 | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 |
| Nature of Suit: CC Other Tort | |

(Date File Stamp)

## ALIAS Summons in Civil Case

**The State of Missouri to: WASHINGTON UNIVERSITY EMBA #38**

**Alias:** 16 DUNCP

**DEAN MARK P TAYLOR**
**WASHINGTON UNIVERSITY**
**BOARD OF TRUSTEES**
**ONE BROOKINGS DRIVE**
**SAINT LOUIS, MO 63130**

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF* *CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**May 17, 2023**
Date

Thomas Kloeppinger
Circuit Clerk

Further Information:

### Sheriff's or Server's Return

2023 JUN -9 PM 3:40

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

- ☐ delivering a copy of the summons and petition to the defendant/respondent.
- ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______, a person at least 18 years of age residing therein.
- ☒ (for service on a corporation) delivering a copy of the summons and petition to: Kelly Martin (name) Admin. Assist. (title).
- ☐ other: ______

Served at 1 Brookings Dr, Sever Hall, STL, Mo. 63130 (address)

in STL (County/City of St. Louis), MO, on 6/14/23 (date) at 0920 (time).

C. Pete Duncan
Printed Name of Sheriff or Server

[signature]
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ______ (date).

*(Seal)*

My commission expires: ______ Date ______ Notary Public

**Sheriff's Fees, if applicable**

| | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ ( ___ miles @ $. ___ per mile) |
| **Total** | $ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

6-17-23

23-SMCC-4669

OSCA (07-21) SM30 (SMCC) *For Court Use Only:* **Document ID # 23-SMCC-2791** 1 of 1 (2322-CC00728) Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo